**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARIA DE BENAVIDE,**

        **Plaintiff,**

**-vs-**                                                                             Case No.  6:07-cv-1056-Orl-DAB

**CARIBBEAN QUALITY, INC., GLENYS**
**PICHARDO, EDER PICHARDO,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **FIRST MOTION FOR ATTORNEY FEES (Doc. No. 69)**
>
> **FILED:**  November 18, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Plaintiff previously moved for an award of attorney's fees with respect to the counterclaim, under 29 U.S.C. § 1927 and Rule 11, Fed. R. Civ. P., and this Court deferred, noting that Plaintiff has a statutory right to attorney's fees under the FLSA, and: "As Plaintiff has a statutory right to fees should she prevail and no right to a double recovery of fees, *any fee request*, based on either provision, should be evaluated at the conclusion of the case." (Doc. No. 64) (emphasis added).  Despite this clear direction, Plaintiff has filed the instant motion, seeking fees under a new theory.  As the case is not yet concluded, the issue of whether to award fees and how much to award is not ripe, for the reason

stated above. Any determination regarding entitlement to attorney's fees under any theory must await the conclusion of the case. The motion may be renewed then, if necessary.

**DONE** and **ORDERED** in Orlando, Florida on November 20, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record